# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-0107-PAB-STV

D.B.. and
G.H.:

Plaintiffs,

v.

GRIFFITH CENTERS FOR CHILDREN INC., A Colorado Corporation; TANIA SOSSI, an Individual;

Defendants.

---

## NOTICE OF ENTRY OF APPERANCE

---

The undersigned hereby enters his appearance on behalf of Defendants,  Griffith Centers for Children Inc., A Colorado Corporation and Tania Sossi.  Mr. Collins is presently a shareholder with Treece Alfrey Musat P.C., is a member in good standing of the United States District Court for the District of Colorado, is a resident of the State of Colorado, and maintains a regular practice of law within this State.

Respectfully submitted this 13th day of June, 2023.

*s/ Paul E. Collins*
Paul E. Collins
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO 80202
(303) 292-2700; Fax: (303) 295-0414
pcollins@tamlegal.com
*Attorneys for Defendants Griffith Centers for Children Inc., A Colorado Corporation and Tania Sossi*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record to their CM/ECF-registered email addresses:

Azra Taslimi - at@rmlawyers.com
Matthew J. Cron- mc@rmlawyers.com
RATHOD MOHAMEDBHAI, llc
2701 Lawrence Street, Suite 100
Denver, CO  80205
*Attorneys for Plaintiff*

*/s/Peggy McCann*
Peggy McCann