# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-0107-PAB-STV

D.B.. and
G.H.:

Plaintiffs,

v.

GRIFFITH CENTERS FOR CHILDREN INC., A Colorado Corporation; TANIA SOSSI, an Individual;

Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE

---

COMES NOW the Defendants, Griffith Centers for Children Inc., a Colorado Corporation and Tania Sossi ("Defendants") by and through its attorneys, Treece Alfrey Musat P.C., and hereby submits its Unopposed Motion to continue the scheduling conference, as follows:

### CERTIFICATION

1. Counsel for Defendants has conferred with Plaintiffs' counsel concerning the basis for this Motion, and Plaintiffs do not oppose the relief requested herein.

### MOTION

2. Due to a scheduling conflict, with the undersigned scheduled to be in Chicago, IL, he will not be available for the scheduling conference currently scheduled to take place on June

22, 2023 at 9:45 am.

      3.      Defendants' responsive pleading to Plaintiffs' Complaint is not due until July 3, 2023.

      4.      Rescheduling the scheduling conference will not prejudice the parties, and Plaintiffs do not oppose the requested relief.

      5.      Court proceedings will not otherwise be affected by Defendants' request to reschedule the scheduling conference.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court grant its Unopposed Motion to continue the scheduling conference currently scheduled for June 22, 2023.

Respectfully submitted this 13th day of June, 2023.

Treece Alfrey Musat P.C.

*/s/Paul E. Collins*
Paul E. Collins
Lauren M. Getsie
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 292-2700
(303) 295-0414 (facsimile)
pcollins@tamlegal.com
*Attorneys for Defendants, Griffith Centers for Children Inc., a Colorado Corporation and Tania Sossi*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record to their CM/ECF-registered email addresses:

Azra Taslimi - at@rmlawyers.com
Matthew J. Cron- mc@rmlawyers.com
RATHOD MOHAMEDBHAI, llc
2701 Lawrence Street, Suite 100
Denver, CO 80205
*Attorneys for Plaintiff*

                                        */s/Peggy McCann*
                                        Peggy McCann