

### Summit Youth Services Center

Summit Youth Services Center is a secure male committed center located on the Campus at Lookout Mountain.

Learn more

### Willow Point Youth Services Center

Willow Point Youth Services Center is a secure female committed center located on the Campus at Mount View

Learn more

### Zebulon Pike Youth Services Center

Zebulon Pike Youth Services Center is a secure co-ed detention center located in Colorado Springs.

Learn more

- State-operated detention and multi-purpose youth centers
- State-operated secure treatment programs
- Private contract programs

DYS contracts with a variety of private providers for community programs that range from staff-secure treatment programs to foster homes licensed through the state. Placement alternatives include residential child care facilities (RCCF), group homes and foster homes. The programs act both as initial treatment programs and as community transition placements for youth moving from more secure settings. In addition, these programs may also focus on specific populations or the provision of specific services, such as treating youth with high mental health needs, or youth transitioning to independent living.



## Our mission
Together, we empower Coloradans to thrive.

## Our vision
To serve Coloradans through bold and

## Our values
People-first approach. Balance.

## Our motto
We're the people who help people.

The Colorado Department of Human Services connects people with assistance, resources and support for living independently in our state. Colorado has a state-supervised and county-administered human services system. Under this system, county departments are the main provider of direct services to Colorado's families, children and adults. For more information about our organization, visit the CDHS organizational structure page.