**Alternative Homes for Youth**
www.alternativehomesforyouth.org
1110 M Street
Greeley, CO 80631
Phone: 970-353-6010

**Griffith Centers for Children**
www.griffithcenters.org
17 N. Farragut
Colorado Springs, CO 80909
Phone: 719-636-2122

**Ariel Clinical Services-Blue River**
www.arielcpa.org
1842 N. 7th Street
Grand Junction, CO 81501
Phone: 970-259-9777

**Rite of Passage- Q-House**
www.riteofpassage.com
8810 Chicago Creek Road
Idaho Springs, CO 80452
Phone: 303-567-4968

**CHINS UP**
www.griffithcenters.org
17 N. Farragut
Colorado Springs, CO 80909
Phone: 719-636-2122

**Jefferson Hills**
http://www.jeffersonhills.org/
1290 S. Potomac Street
Aurora, CO 80012
Phone: 303-745-1281

**Rite of Passage- Ridge View**
www.ridgeviewacademy.com
28101 E Quincy Ave.
Watkins, CO 80137
Phone: 303-766-3000

**Dale House**
www.dalehouseproject.org
7 W. Dale St.
Colorado Springs, CO 80903
Phone: 719-471-0642

**Kids Crossing- CPA**
https://www.kidscrossing.com/
4785 Granby Circle
Colorado Springs, CO 80910
Phone: 719-632-4569

**Rite of Passage - San Luis Valley**
https://riteofpassage.com/
1317 17th Street
Alamosa, CO 81101
Phone: 719-589-4505

**DAYS**
www.denveryouth.org
1530 West 13th Avenue
Denver, CO 80204
Phone: 303-698-2300

**Mesa County Community Corrections**
http://www.mesacounty.us/
650 South Avenue
Grand Junction, CO 81501
Phone: 970-244-3340

**Savio**
www.saviohouse.org
325 King Street
Denver, CO 80219
303-225-4100

**Gateway Youth Services Grand Junction**
www.commonworks.net
835 Colorado Avenue
Grand Junction, CO 81501
Phone: 970-245-0008

**Rite of Passage- Betty K. Marler**
www.bettykmarlercenter.com
7862 Mansfield Pkwy
Denver, CO 80235
Phone: 720-963-5020

**Southwest Community Corrections Hilltop House**
1050 Avenida Del Sol
Durango, CO 81301
Phone: 970-247-1342

**Southern Peaks**
www.abraxasyfs.com
700 Four Mile Pkwy
Canon City, CO 81212
Phone: 719-276-7567