IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action:23-cv-01071-PAB-STV | Date: August 22, 2023 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| DB, and GH | Azra Taslimi |
| Plaintiff, | |
| v. | |
| GRIFFITH CENTER FOR CHILDREN, INC., and TANIA SOSSI | Paul Collins |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:02 a.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **ten** (**10**) depositions.
Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission.
Joinder of Parties/Amendment of Pleadings:  **October 15, 2023**
Discovery Cut-off:  **April 22, 2024**
Dispositive Motions Deadline:  **May 22, 2024**
Each side shall be limited to **two (2)** retained experts, not including rebuttal experts.  The parties propose one rebuttal expert in response to each affirmative expert.
Parties shall designate affirmative experts **on or before February 22, 2024**
Parties shall designate rebuttal experts **on or before March 22, 2024**

**STATUS CONFERENCE** not set at this time.  If the court determines one is necessary, one will be set by minute order.  The parties may request a status conference by contacting chambers (303) 335-2365, by a joint conference call.

**FINAL PRETRIAL CONFERENCE** is set for **July 17, 2024 at 9:30 a.m.** before Magistrate Judge Varholak in courtroom A402.  Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission).  In accordance with the FED.R. Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

The parties must notify chambers (303-335-2365) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.

**TRIAL**   A Trial Preparation Conference and Trial will be set at a future date before the Honorable Philip A. Brimmer.
The parties anticipate a ten (10) day Jury Trial.

The court advises counsel to review Judge Brimmer's Practice Standards.

The court advises counsel to review its Practice Standards, especially for the manner in which it addresses discovery disputes.

The Scheduling Order is signed and entered with interlineations on August 22, 2023.

Hearing concluded.
**Court in recess:**        **9:05 a.m.**
Total time in court:    00:03

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.